BEFORE THE FIRST DIVISION, OCTOBER 9, 1940

No. 44481.—Protest 746201–G(A) of G. Fantacci (New York).

Opinion by Brown, J.  It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).  The protest was therefore sustained.